CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
in open court
AUG 18 2014
JULIA C. DUDLEY, CLERK
BY: /s/ K. Dotson
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:14CR00026 |
| | ) | |
| v | ) | **INFORMATION** |
| | ) | |
| KIMBERLY HOWINGTON | ) | **In Violation of:** |
| | ) | Title 21, U.S.C. § 846 |
| | ) | Title 21, U.S.C. § 841(a)(1) & (b)(1)(C) |

## COUNT ONE

The United States Attorney charges:

1. That from a time on or around November 2012, through a time on or around February 2014, in the Western Judicial District of Virginia, defendant KIMBERLY HOWINGTON did knowingly and willfully combine, conspire, confederate, or agree, with persons known and unknown, to violate United States narcotics laws; specifically, to distribute and to possess with intent to distribute a mixture or substance containing a detectable amount of heroin in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

2. All in violation of Title 21, United States Code, Section 846.

TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

DATED this 18 day of August 2014.

1