IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:14CR00026-01 |
| v. ) | **ORDER** |
| ) | |
| KIMBERLY HOWINGTON ) | By: Hon. Glen E. Conrad |
| ) | Chief U. S. District Judge |
| Defendant. ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's waiver of indictment be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be scheduled for conduct of plea proceedings.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: September 11, 2014

*s/ Glen E Conrad*
Chief United States District Judge