CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2015

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 3:14CR00026 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | By: Glen E. Conrad |
| KIMBERLY HOWINGTON ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of the presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: May 27, 2015

/s/ Glen Conrad
Chief United States District Judge